1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  ZINZI BONILLA (TXBN 24066521)
   Special Assistant United States Attorney
5        1301 Clay Street, Suite 340S
         Oakland, California 94612
6        Telephone: (510) 637-3932
         FAX: (510) 637-3724
7        Email: zinzi.bonilla@usdoj.gov

8  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 16-00514 JST |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM MARCH 24, 2017 TO APRIL 14, 2017.** |
| v. | ) | |
| ISAIAS FORBES, | ) | |
| Defendant. | ) | |

The parties appeared before the Honorable Jon S. Tigar on March 24, 2017, for a status conference before the district court. With the agreement of counsel for the parties and the defendant, the Court found and held as follows:

1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from March 24, 2017 to April 14, 2017. Failure to grant the requested continuance would unreasonably deny the defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsel to review discovery, conduct investigation, and consult with the defendant.

2.  Given these circumstances, the Court found that the ends of justice served by excluding the above-referenced period of time outweigh the best interest of the public and the defendant in a

STIPULATION AND ORDER EXCLUDING TIME
CR 16-00514 JST

speedy trial and filing of an indictment or information. 18 U.S.C. § 3161(h)(7)(A).

      3.     Accordingly, and with the consent of the defendant, the Court ordered that the above-referenced period of time be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(3)(A), (h)(7)(A) & (B)(iv).

      IT IS SO STIPULATED.

DATED: March 24, 2017

/s/
JOHN PAUL REICHMUTH
Counsel for Isaias Forbes

DATED: March 24, 2017

/s/
ZINZI D. BONILLA
Special Assistant United States Attorney

      IT IS SO ORDERED.

DATED:  March 24, 2017

HON. JON S. TIGAR
United States District Judge

STIPULATION AND ORDER EXCLUDING TIME
CR 16-00514 JST