| | |
|---|---|
| 1 | STEVEN G. KALAR |
| | Federal Public Defender |
| 2 | JOHN PAUL REICHMTUH |
| | Assistant Federal Public Defender |
| 3 | 1301 Clay St., Suite 1350N |
| | Oakland, CA 94612 |
| 4 | Telephone: (510) 637-3500 |
| | Fax: (510) 637-3507 |
| 5 | |
| | Counsel for Defendant |
| 6 | ISAIAS FORBES |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-514-JST |
| PLAINTIFF, | **STIPULATION TO CAP EVALUATION AND TO VACATE HEARING; [PROPOSED] ORDER** |
| V. | |
| ISAIAS FORBES, | |
| DEFENDANT. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the Court refer this matter to the Pretrial Services Agency for completion of an evaluation as to Mr. Forbes's suitability for participation in the Convictions Alternatives Program (CAP). It is further STIPULATED that the court order that such evaluation be produced to the Court and the parties upon completion, whereupon the parties shall meet and confer and submit to the court a stipulated request to refer Mr. Forbes to the CAP, or, if either party objects to such a referral or requests a hearing, a stipulated request for a hearing and briefing schedule to determine whether Mr. Forbes should be referred for participation in the CAP.

It is further STIPULATED that the April 28, 2017 hearing to consider whether or not an evaluation should be ordered, be VACATED as moot.

CR 16-514 JST
Stip. to CAP eval.; [Proposed] Order

1

DATED: April 25, 2017                    /S/
                                         JOHN PAUL REICHMUTH
                                         Assistant Federal Public Defender
                                         Counsel for Defendant ISAIAS FORBES


DATED: April 25, 2017                    /S/
                                         WILLIAM GULLOTTA
                                         Assistant United States Attorney


**ORDER**

Based on the stipulation of the parties, and good cause appearing therefore, It is hereby ORDERED that Isaias Forbes be referred to the Pretrial Services Agency for completion of an evaluation as to his suitability for participation in the Convictions Alternatives Program (CAP). It is further

ORDERED that such evaluation be produced to the Court and the parties upon completion, whereupon the parties shall meet and confer and submit to the court a stipulated request to refer Mr. Forbes to the CAP, or, if either party objects to such a referral or requests a hearing, a stipulated request for a hearing and briefing schedule to determine whether Mr. Forbes should be referred for participation in the CAP. It is further

ORDERED that the April 28, 2017 hearing to consider whether or not an evaluation should be ordered, be VACATED as moot.

IT IS SO ORDERED.

DATED: April 25, 2017

                                         _____
                                         HON. JON S. TIGAR
                                         UNITED STATES DISTRICT JUDGE

CR 16-514 JST
Stip. to CAP eval.; [Proposed] Order

2