| | |
|---|---|
| 1 | STEVEN G. KALAR |
| | Federal Public Defender |
| 2 | JOHN PAUL REICHMTUH |
| | Assistant Federal Public Defender |
| 3 | 1301 Clay St., Suite 1350N |
| | Oakland, CA 94612 |
| 4 | Telephone: (510) 637-3500 |
| | Fax: (510) 637-3507 |
| 5 | |
| | Counsel for Defendant |
| 6 | ISAIAS FORBES |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-514-JST |
| Plaintiff, | STIPULATION TO CONTINUANCE; [P<small>ROPOSED</small>] ORDER |
| v. | |
| ISAIAS FORBES, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing date of July 21, 2017 presently scheduled at 9:30 a.m., before the Honorable Jon S. Tigar, be vacated and re-set for September 22, 2017 at 9:30 a.m.

The requested continuance is necessary because a Conviction Alternatives Program (CAP) evaluation is presently being prepared by the Pretrial Services Agency pursuant to an order of this court. If Mr. Forbes is referred to CAP, any Sentencing Hearing would be deferred for a significant period of time and would involve an updated Presentence Report. It thus appears to be a more efficient use of the court's and the parties' time to consider the issue of CAP prior to proceeding to sentencing. The parties will request a CAP Referral Hearing setting when the evaluation is completed and after consulting with chambers. Upon receipt of the CAP

evaluation, the parties will need time to formulate their positions and brief that issue for the court. Additionally, defense counsel will be out of the district and unavailable for either hearings or briefing during the weeks of July 24, August 7, and August 14. The court's first open calendar in September is September 22. Mr. Forbes continues to reside at the New Bridge Foundation, so this delay does not prejudice him. Good cause exists for the continuance of the hearing. Crim. L.R. 32-2(a)-(a)(1). The Probation Officer has been contacted and does not object to this request.

DATED: July 6, 2017            /S/
                               JOHN PAUL REICHMUTH
                               Assistant Federal Public Defender
                               Counsel for Defendant ISAIAS FORBES

DATED: July 6, 2017            /S/
                               WILLIAM GULLOTTA
                               Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED THAT the above-captioned matter be continued to September 22, 2017 at 9:30 a.m., before the Honorable Jon S. Tigar for sentencing.

IT IS SO ORDERED.

DATED: July 6, 2017            _____
                               HON. JON S. TIGAR
                               UNITED STATES DISTRICT JUDGE