STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CABN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7303
    FAX: (415) 436-7234
    Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> ISAIAS FORBES, <br>     Defendant. | CASE NO. CR 16-0514 HSG <br><br> NOTICE TO RETURN STOLEN PROPERTY TO ITS REGISTERED OWNER; AND ORDER |

    The United States of America, by and through the undersigned Assistant United States Attorney, respectfully submits this Application. In support thereof, the United States sets forth the following:

    On December 15, 2016, defendant Isaias Forbes was charged by an Indictment with violation of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm) and 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) (Possession with Intent to Distribute Cocaine Base). The Indictment also provided notice to the defendant that the government would seek criminal forfeiture pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), 21 U.S.C. § 853 of the following property: One Taurus PT99 9mm pistol bearing serial number TJH54883 and one magazine (hereinafter "subject firearm").[1]

---

[1] The Preliminary Order and Final Order of Forfeiture incorrectly identify the Taurus PT99 9mm pistol bearing serial number TJH5488, the correct serial number for this firearm is TJH54883.

When the serial number of the subject firearm was investigated, it was discovered that the subject firearm had been stolen from its registered owner on June 22, 2012.

On April 14, 2017, Isaias Forbes pled guilty to Counts One and Two of the Indictment. On March 27, 2019, this court Ordered a Preliminary Order of Forfeiture as to the subject firearm forfeiting the defendant's interest in the subject firearm. Dkt 40. On July 17, 2019, this court Ordered a Final Order of Forfeiture of the subject firearm. Dkt. 45.

The defendant was sentenced on October 22, 2018 and the judgment ordered forfeiture of the defendant's interest in the subject firearm.

Therefore, because the subject firearm is stolen property, and the Court has forfeited the defendant's interest in the subject firearm, the United States respectfully submits that the subject firearm be returned to its registered owner.

DATED: August 29, 2022                                  Respectfully submitted,

                                                        STEPHANIE M. HINDS
                                                        United States Attorney

                                                              /S/
                                                        DAVID B. COUNTRYMAN
                                                        Assistant United States Attorney

## ORDER

Based upon the above Application, and for good cause appearing, the COURT HEREBY ORDERS that the United States return the subject firearm to its registered owner.

IT IS SO ORDERED this 30th of August, 2022.

                                                        HON. HAYWOOD S. GILLIAM, JR.
                                                        United States District Judge