PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

NOAH STERN (CABN 297476)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Noah.Stern@usdoj.gov

Attorneys for United States of America

FILED
Apr 28 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 16-514-HSG |
| Plaintiff, | STIPULATION TO CONTINUE STATUS HEARING AND ORDER |
| v. | |
| ISAIAS FORBES, | |
| Defendant. | |

    A status hearing before Hon. Chief Magistrate Judge Donna M. Ryu is scheduled for April 29, 2025 at 10:30 a.m. regarding preliminary revocation hearing and detention hearing in the above captioned supervised release violation proceeding. The government is continuing to assess the case for new charges and has recently obtained voluminous discovery materials from the Alameda County District Attorney's Office, which it is reviewing. The government is also in the process of producing those materials to counsel for the defendant. The parties also anticipate continuing to discuss a potential resolution to the charges in the Form 12. The parties, therefore, stipulate and agree to a continuance of the status conference scheduled for April 29, 2025 until May 12, 2025 at 10:30 a.m., to allow time for further negotiations and the review of discovery.

    The undersigned Assistant United States Attorney certifies that he has obtained approval from

STIPULATION TO CONTINUE STATUS HEARING AND ORDER
Case No. CR   16-514-HSG
v. 7/10/2018

counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: April 28, 2025

/s/
NOAH STERN
Assistant United States Attorney

DATED: April 28, 2025

/s/
JOHN PAUL REICHMUTH
Counsel for Defendant ISAIAS FORBES

**ORDER**

Based upon the stipulation of the parties, the Court HEREBY ORDERS the that the status conference scheduled for April 29, 2025 at 10:30 a.m. is vacated and rescheduled for May 12, 2025 at 10:30 a.m.

IT IS SO ORDERED.

DATED: April 28, 2025

HON. DONNA M. RYU
Chief United States Magistrate Judge