| | |
|---|---|
| 1 | CRAIG H. MISSAKIAN (CABN 125202)<br>United States Attorney |
| 2 | |
| 3 | MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division |
| 4 | NOAH STERN (CABN 297476)<br>Assistant United States Attorney |

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7200
      FAX: (415) 436-7234
      Noah.Stern@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 16-514-HSG |
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS HEARING AND ORDER |
| v. | ) ) | |
| ISAIAS FORBES, | ) ) | |
| Defendant. | ) ) | |

A status hearing before Hon. Magistrate Judge Lisa J. Cisneros is scheduled for June 2, 2025 at 10:30 a.m. in the above captioned matter. The government is continuing to assess the case for new charges and plans to discuss a potential resolution with defense counsel. The parties, therefore, stipulate and agree to a continuance of the status conference scheduled for June 2, 2025 until June 26, 2025 at 10:30 a.m., to allow time for further negotiations and the review of discovery. The Probation Officer is also available on June 26, 2025.

///

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:  June 2, 2025                              /s/
                                                  NOAH STERN
                                                  Assistant United States Attorney

DATED:  June 2, 2025                              /s/
                                                  JOHN PAUL REICHMUTH
                                                  Counsel for Defendant ISAIAS FORBES

**ORDER**

Based upon the stipulation of the parties, the Court HEREBY ORDERS the that the status conference scheduled for June 2, 2025 at 10:30 a.m. is vacated and rescheduled for June 26, 2025 at 10:30 a.m.

IT IS SO ORDERED.

DATED:  June 2, 2025                              _____
                                                  HON. LISA J. CISNEROS
                                                  United States Magistrate Judge