EHRLICH & CRAIG LLP
AMY CRAIG - #269339
amy@ehrlich-craig.com
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Isaias Forbes

**FILED**

Sep 29 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 4:16-cr-00514-HSG-DMR |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| ISAIAS FORBES, | |
| Defendant. | |

The above matter is currently set for a status conference on Wednesday, October 1, 2025, at 10:30 a.m. The parties, the United States Government and Defendant Isaias Forbes, by and through their respective attorneys, jointly request that the status conference in this matter be continued to Wednesday, October 29, 2025, at 10:30 a.m.

Undersigned defense counsel was appointed to this matter on September 3, 2025, and is continuing to review case materials and engaging in discussions with the government regarding the trajectory and resolution of the case. To that end, the parties respectfully request that the status conference in this matter be continued to Wednesday, October 29, 2025, at 10:30 a.m.

//

1   IT IS SO STIPULATED.

2
     DATED:        September 29, 2025              Respectfully submitted,
3

4
                                                   /s/ Amy Craig
5                                                 Amy Craig
                                                  Counsel for Defendant
6                                                 ISAIAS FORBES

7

8
     DATED:        September 29, 2025              CRAIG MISSAKIAN
9                                                 United States Attorney

10                                                 /s/ Noah Stern
11                                                Noah Stern
                                                  Assistant United States Attorney
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Based on the joint request of the parties, and for good cause shown, the Court HEREBY ORDERS that Defendant Isaias Forbes's status conference, currently set for October 1, 2025, at 10:30 a.m., be continued to October 29, 2025, at 10:30 a.m.

IT IS SO ORDERED.

Dated:  September 29, 2025



_____
THE HONORABLE DONNA M. RYU
Chief United States Magistrate Judge