EHRLICH & CRAIG LLP
AMY CRAIG - #269339
amy@ehrlich-craig.com
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Isaias Forbes

**FILED**

Oct 27 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

  vs.

ISAIAS FORBES,

      Defendant.

Case No.: 4:16-cr-00514-HSG

**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**

    The above matter is currently set for a status conference on Wednesday, October 29, 2025, at 10:30 a.m. The parties, the United States Government and Defendant Isaias Forbes, by and through their respective attorneys, jointly request that the status conference in this matter be continued to Monday, November 10, 2025, at 10:30 a.m.

    Undersigned defense counsel was appointed to this matter on September 3, 2025, and is continuing to review case materials and engaging in discussions with the government regarding the trajectory and resolution of the case. Additionally, defense counsel now has a conflicting court appearance on October 29, 2025. To that end, the parties respectfully request that the status conference in this matter be continued to Monday, November 10, 2025, at 10:30 a.m.

//

1  IT IS SO STIPULATED.

2  
3  DATED:     October 21, 2025              Respectfully submitted,

4                                            /s/ Amy Craig
5                                           Amy Craig
                                            Counsel for Defendant
6                                           ISAIAS FORBES

7

8  DATED:     October 21, 2025              CRAIG MISSAKIAN
9                                           United States Attorney

10                                           /s/ Noah Stern
                                            Noah Stern
11                                          Assistant United States Attorney

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE
UNITED STATES V. FORBES, 4:16-CR-00514-HSG

**ORDER**

Based on the joint request of the parties, and for good cause shown, the Court HEREBY ORDERS that Defendant Isaias Forbes's status conference, currently set for October 29, 2025, at 10:30 a.m., be continued to November 10, 2025, at 10:30 a.m.

IT IS SO ORDERED.

Dated: October 27, 2025



_____
THE HONORABLE DONNA M. RYU
Chief United States Magistrate Judge